

Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

APPROVED

Judge Edward J. Davila

June 28, 2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| SILVIA COBERT,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>        Defendants. | Federal Case No.: 5:16-CV-01115-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AD ASTRA RECOVERY SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Silvia Cobert, pursuant to Federal Rule of Civil

Procedure 41(a)(1), hereby voluntarily dismisses Defendant Ad Astra Recovery Services, Inc. as

to all claims in this action, with prejudice.

      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

      41(a) Voluntary Dismissal

      (1) By the Plaintiff

            (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

                applicable federal statute, the plaintiff may dismiss an action without a court

                order by filing:

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AD ASTRA RECOVERY SERVICES, INC.

(1) a notice of dismissal before the opposing party serves either an answer

or a motion for summary judgment.

Defendant Ad Astra Recovery Services, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed, with prejudice, against it for all purposes and without an Order of the Court.


Dated: June 27, 2016                         Sagaria Law, P.C.


                                      By: _____/s/ Elliot W. Gale_____
                                                Elliot W. Gale
                                      Attorneys for Plaintiff
                                      Silvia Cobert

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AD ASTRA RECOVERY SERVICES, INC.