UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILVIA COBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　Defendant. | Case No.  5:16-cv-01115-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Having reviewed the parties' Joint Case Management Conference Statement filed on July 28, 2016 (Dkt. No. 38), the court orders as follows:

　　　　1.　　The parties shall comply with the deadlines provided in the Case Management Order filed on June 20, 2016 (Dkt. No. 33).

　　　　2.　　In addition, the parties shall complete mediation by the deadline provided in the order filed on June 20, 2016 (Dkt. No. 32).

　　　　3.　　The Further Case Management Conference scheduled for August 4, 2016, is CONTINUED to **10:00 a.m. on October 6, 2016.**  The parties shall file an updated Joint Case Management Conference Statement on or before **September 29, 2016.**

　　　　**IT IS SO ORDERED.**

Dated:  August 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge